United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVONNE WOOD,<br>　　　　Plaintiff,<br>　　v.<br>US SUPREME COURT,<br>　　　　Defendant. | Case No. 23-cv-02953-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Christ v. U.S. Supreme Court,* 22-cv-02404-YGR.

　　　**IT IS SO ORDERED.**

Dated: June 16, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge